## (May 9, 1960)

■ ANNA BURCHIANTI et al., Respondents, v. CITY OF LONG BEACH, Appellant.— Motion to extend time to perfect appeal granted on condition that appellant be ready to argue or submit the appeal at the September Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before August 1, 1960. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ CITY SCREENPRINT CORP., Respondent, v. AGUILAR CORPORATION et al., Appellants, et al., Defendant.— Motion to dispense with the printing of an exhibit (a lease, marked Exhibit A), granted; the original thereof to be handed up on the argument or submission of the appeal. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ HOMECRAFT ALTERATIONS CORP., Respondent, v. NORMA BRILL, Appellant, et al., Defendants.— Motion referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument denied, without costs. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of NICHOLAS RUBINO, Appellant, against EMPIRE HEATING CORPORATION et al., Respondents.— Oral motion to dismiss appeal, made on call of calendar, denied on condition that appellant be ready to argue or submit the appeal on September 7, 1960, for which day the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before August 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TAFT ALLEN, Appellant.— Motion for leave to appeal as a poor person, will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the September 1960 Term; appeal ordered to be placed on the calendar for September 12, 1960. Motion for assignment of counsel granted. Murray Cutler, Esq., 16 Court St., Brooklyn, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.